IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHARLES JOHNSON | § | |
| v. | § | CIVIL ACTION NO. 6:12cv764 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that Commissioner's final decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of its credibility finding and the effect it may have on the Administrative Law Judge's Residual Functional Capacity development. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the action is hereby **REVERSED AND REMANDED** pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the finding herein. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 31st day of March, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**